UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOPHIA MENA,<br><br>                    Plaintiff,<br><br>v.<br><br>BRABBLE, INC., a corporation;<br>BRABBLETV.COM LLC, a corporation;<br>JEFFREY DEPALMA, an individual;<br>PATRICK MACARONIS, an individual;<br>PETER KAHN, an individual;<br><br>                    Defendants. | Case No. 1:16-cv-04075-WHP |

### REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

**TO:** **Ruby J. Krajick, Clerk**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Please enter default of Defendants **Brabble, Inc.**, **BrabbleTV.com LLC**, **Jeffrey DePalma**, **Patrick Macaronis**, **and Peter Kahn** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned actions as fully appears from the court file herein. Following Entry of Default, Plaintiff will move separately for a Default Judgment in an amount to be determined by the presiding Judge in this case.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.SunnySideLaw.com

*Mena v. Brabble, Inc. et al*
Case no. 1:16-cv-04075-WHP

Request for Clerk's Certificate of Default
Page 1

Attached hereto is an Affirmation of Penn Dodson, Esq. in support and a proposed certificate of default.

Respectfully submitted, this **28th** day of **October, 2016.**

ANDERSONDODSON, P.C.

*[signature]*

**Penn Dodson (PD 2244)**
*penn@andersondodson.com*

*[signature]*

**Alexander L. Gastman (AG 8241)**
*alex@andersondodson.com*

Attorney for Plaintiffs

11 Broadway
Suite 615
New York, NY  10004
212.961.7639 tel
646.998.8051 fax

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
*www.SunnySideLaw.com*

*Mena v. Brabble, Inc. et al*
Case no. 1:16-cv-04075-WHP

Request for Clerk's Certificate of Default
Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOPHIA MENA,<br><br>                    Plaintiff,<br><br>v.<br><br>BRABBLE, INC., a corporation;<br>BRABBLETV.COM LLC, a corporation;<br>JEFFREY DEPALMA, an individual;<br>PATRICK MACARONIS, an individual;<br>PETER KAHN, an individual;<br><br>                    Defendants. | Case No. 1:16-cv-04075-WHP |

### CERTIFICATE OF SERVICE

This is to certify that on this **28th** day of **October, 2016**, counsel for the Plaintiff served Plaintiff's **REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** by US Mail to the Defendants, as follows:

Brabble, Inc.
95 Horatio Street, Apt 215
New York, New York 10014

ANDERSONDODSON, P.C.

*[signature]*

**Penn A. Dodson (PD 2244)**
*penn@andersondodson.com*
Attorney for Plaintiffs

11 Broadway, Suite 615
New York, NY  10004
(212) 961-7639 direct
(646) 998-8051 fax

ANDERSONDODSON, P.C.

*[signature]*

**Alexander L. Gastman (AG 8241)**
*alex@andersondodson.com*
Attorney for Plaintiffs

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.SunnySideLaw.com

*Mena v. Brabble, Inc. et al*
Case no. 1:16-cv-04075-WHP

Request for Clerk's Certificate of Default
Page 3