FILED ATTORNEY: ANDERSON DODSON, P.C.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

SOPHIA MENA

Plaintiff(s)

Index # 16 CV 4075

- against -

Purchased June 2, 2016

BRABBLE INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2016 at 10:40 AM at

95 HORATIO ST.
APT 215
NEW YORK, NY 10014

deponent served the within SUMMONS AND COMPLAINT on BRABBLE INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JUSTIN "SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 30 | 5'8 | 160 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 16, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**ANDRE MEISEL**
License #: 1372356
Invoice #: 651098

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#110204