UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ANDERSON DODSON, P.C.

| | |
|---|---|
| SOPHIA MENA<br><br>　　　　　　　　　　- against -<br><br>BRABBLE INC., ETAL | Plaintiff(s)<br><br>Index # 16 CV 4075<br><br>Purchased June 2, 2016<br><br>Defendant(s)　　**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2016 at 10:40 AM at

C/O BRABBLE INC.
95 HORATIO ST., APT 215
NEW YORK, NY 10014

deponent served the within SUMMONS AND COMPLAINT on PETER KAHN therein named,

**SUITABLE AGE**　　by delivering thereat a true copy of each to JUSTIN "SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 30 | 5'8 | 160 |

**MAILING**　　Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O BRABBLE INC.
95 HORATIO ST., APT 215
NEW YORK, NY 10014

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 16, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**　　Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  June 16, 2016

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **ANDRE MEISEL** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 651098 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045