

December 13, 2016

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

<u>Via ECF & US Mail</u>

    Re:    Mena v. Brabble, Inc. et al,
            Case No. 1:16-cv-04075-WHP
            Default Motion Fully Submitted

Your Honor:

We represent the Plaintiff in the above referenced matter. Currently, Plaintiff has a Motion for Default pending before Your Honor. [Dkt 33]. Pursuant to Your Honor's Order, [Dkt. 29], Plaintiff's default moving papers were due by 10/31/16, opposition was due by 11/30/16, and a reply, if any, was due by 12/7/16. On October 31, 2016, Plaintiff timely filed her motion, memorandum of law, and supporting exhibits. [Dkt. 33-35]. The Defendants did not file any opposition and the deadline to do so has passed. Therefore, the motion is fully submitted and is ripe for Your Honor's consideration.

Please let us know if you need any further information. We thank the Court for its time.

Sincerely,

Penn A. Dodson
penn@andersondodson.com

Alexander L. Gastman
alex@andersondodson.com