UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SOPHIA MENA,**<br><br>                     Plaintiff,<br><br>v.<br><br>**BRABBLE, INC.**, a corporation;<br>**BRABBLETV.COM LLC,** a corporation;<br>**JEFFREY DEPALMA**, an individual;<br>**PATRICK MACKARONIS**, an individual;<br>**PETER KAHN**, an individual;<br><br>                     Defendants. | Case No. 1:16-cv-04075-WHP |

### SECOND AMENDED JUDGMENT

WILLIAM H. PAULEY, III, District Judge:

COMES NOW the Plaintiff Sophia Mena, by and through her counsel, has applied for a Default Judgment against Defendants **Brabble Inc., BrabbleTV.com LLC, Patrick G. Mackaronis,** and **Peter Kahn** (collectively as "Defendants"). On the basis of Plaintiff's motion papers, the Court is satisfied that an order of default is appropriate under Federal Rule of Civil Procedure 55(b)(2), Local Civil Rule 55.2.

ORDERED, ADJUDGED AND DECREED: That the Plaintiff has judgment against the Defendants as follows:

(1) actual damages under the NYLL in the amount of $105,969.43;

(2) liquidated damages under the FLSA and NYLL in the amount of $105,969.43;

(3) pre-judgment interest under the NYLL in the amount of $27,579.63;

(4) statutory damages under the NYLL in the amount of $5,000.00; and

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.SunnySideLaw.com

*Mena v. Brabble, Inc. et al*
Case no. 1:16-cv-04075-WHP

Second Amended Judgment
Page 1

(5) post-judgment interest to continue running on damages awarded in the original default judgment (ECF No. 39) dated March 13, 2017, and post-judgment interest to accrue on attorneys' fees and costs (stated in paragraphs 6 and 7) beginning as of March 13, 2018 (the date of the First Amended Judgment (ECF No. 43)).

(6) $10,000.00 attorney fees and costs under the NYLL and FLSA

(7) $989.70 costs under the NYLL and FLSA

If any amounts of damages awarded under the NYLL remain unpaid upon the expiration of ninety (90) days following issuance of judgment, or ninety (90) days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen (15) percent. N.Y. Lab. Law § 198(4).

**(8) The Clerk of Court is directed to mark this case closed.**

SO ORDERED.

Dated: 29th day of March 20 18 .

New York , New York

WILLIAM H. PAULEY III
U.S.D.J.

Counsel for Plaintiff:
Penn A. Dodson, Esq.
11 Broadway, Suite 615
New York, NY 10004
212.961.7639 tel
646.998.8051 fax

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.SunnySideLaw.com

*Mena v. Brabble, Inc. et al*
Case no. 1:16-cv-04075-WHP

Second Amended Judgment
Page 2